UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-60498-Dimitrouleas/Snow

BERTHA VERDE,
and other similarly-situated individuals,

    Plaintiff(s),
v.

BEAUTY CAREER'S INSTITUTE, INC.,
and NEAL R. HELLER, individually;
PATRICIA KNOBEL, individually

    Defendants.
_____/

**DEFENDANTS NEAL R. HELLER AND PARTICIA KNOBEL'S
<u>MOTION FOR EXTENSION OF TIME</u>**

    Defendants, Neal R. Heller, and Patricia Knobel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the Court for an extension of time up to and including September 3, 2013 to serve their Motion for Attorneys' Fees and Costs in compliance with Local Rule 7.3, and in support state:

    1.    The parties have reached a settlement in this matter and have filed a motion for approval by the Court. [D.E. 32].

    2.    In an extreme abundance of caution, and in order to facilitate settlement, and to avoid the unnecessary expenditure of time and resources of the parties and the Court, Defendant Heller and Knobel respectfully request an extension of time up to and including September 3, 2013 to serve their Motion for Attorneys Fees and Cost in compliance with Local Rule 7.3.[1] The motion would need to be filed only if the settlement was not approved.

---

[1] On June 6, 2013, Defendants, Neal R. Heller, and Patricia Knobel's, Motion to Dismiss was granted

3. The requested extension of time is not made for the purpose of obstruction or delay nor will it prejudice any of the parties involved in this action.

4. Pursuant to Local Rule 7.1(A)(3), Defendants' counsel, Russell Landy, attempted to contact Plaintiff's counsel, Anthony M. Georges-Pierre, and Plaintiff's counsel has not stated a position regarding the requested relief.

WHEREFORE, Defendants respectfully move the Court for an extension of time up to and including September 3, 2013 to serve their Motion for Attorneys' Fees and Costs in compliance with Local Rule 7.3

Respectfully submitted,

DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

s/Russell Landy
Peter F. Valori
Florida Bar No.: 43516
Email: pvalori@dvllp.com
Russell Landy
Florida Bar No.: 0044417
Email: rlandy@dvllp.com

[D.E. 23].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on July 17, 2013, all counsel or parties of record on the attached service list.

s/Russell Landy
*Attorneys for Defendant*

## SERVICE LIST

Anthony M. Georges-Pierre, Esq.
Email: agp@rgpattorneys.com
Remer & Georges-Pierre, PLLC
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, Florida 33130
*Attorneys for Plaintiff, Bertha Verde*


Peter F. Valori, Esq.
E- mail: pvalori@dvllp.com
Russell Landy, Esq.
E-mail: rlandy@dvllp.com
Damian & Valori, LLP
1000 Brickell Avenue Suite 1020
Miami, Florida 33131
Telephone No.: (305) 371-3960
Facsimile No.: (305) 371-3965
*Attorneys for Defendants*